| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYBN 2040855)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5042
FAX: (408) 535-5066
matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER ILIEV PENTCHEV,<br><br>Defendant. | ) NO. CR-00-20040 RMW<br>)<br>) NOTICE OF DISMISSAL<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: April 9, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Assistant United States Attorney

NOTICE OF DISMISSAL (CR-00-20040 RMW)

1  Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest
2  warrant issued in connection with the Indictment is quashed.

Date: í Ð ÐÍ

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL (CR-00-20040 RMW)